Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. DIAZ, | ) No.: 2:18-CV-08580-MWF-PLA |
| Plaintiff, | ) |
| v. | ) **ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT,** |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) **PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND THREE HUNDRED AND SEVENTY DOLLARS ($5,370.00), and costs under 28

/
/
/
/
/
/
/

1

U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation.

IT IS SO RECOMMENDED:

Dated: January 13, 2020

_____
Hon. Paul L. Abrams
United States Magistrate Judge

IT IS SO ORDERED:

Dated: January 14, 2020

_____
Michael W. Fitzgerald
United States District Judge