# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIA A. D., <br><br>  Plaintiff, <br><br>  v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br>  Defendant. | No. CV 18-8580-MWF (PLA) <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed plaintiff's Counsel's Motion for Approval of Attorney's Fees, all the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were timely filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Counsel's Motion for Approval of Attorney's Fees is **granted**.
3. Defendant is directed to pay plaintiff's Counsel the sum of $28,798.75.
4. Counsel is directed to reimburse plaintiff the sum of $5,370, the amount already paid by defendant in EAJA fees.

5. The clerk shall serve this Order on all counsel or parties of record.

DATED: March 1, 2023

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE